Law Offices of Stephen Turano
60 Park Place
Suite 703
Newark, NJ 07102
(973) 236-0010
Attorney for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MAG NO.: 11-8018

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Action |
| v. | : | Hon. William H. Walls, U.S.D.J. |
| ARIS VENTURA | : | ORDER MODIFYING ORDER SETTING CONDITIONS OF RELEASE |
| Defendant. | : | |

**THIS MATTER** having been opened to the Court by Stephen Turano, attorney for the Defendant Aris Ventura in the above-captioned matter, upon an application for an Order modifying the Order Setting Conditions of Pretrial Release to permit Mr. Ventura to have a curfew and to be permitted to leave his home from the hours of 7:30 a.m. to 10:00 p.m.; and it appearing to the Court that Ronnell Wilson, Assistant United States Attorney, having consented to the request;

**NOW THEREFORE,** it is on this 26 day of July, 2011

**ORDERED,** that the Order Setting Conditions of Release be and the same hereby is modified to permit Aris Ventura to leave his home each day from the hours 7:30 a.m. to 10:00 p.m.; and

1

**IT IS FURTHER ORDERED**, that all other Conditions of Release remain the same.

_____
Hon. William H. Walls, U.S.D.M.J.