Law Offices of Stephen Turano
60 Park Place
Suite 703
Newark, NJ 07102
(973) 236-0010
Attorney for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MAG NO.: 11-8018

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action |
| v. | Hon. William H. Walls, U.S.D.J. |
| ARIS VENTURA | ORDER MODIFYING ORDER SETTING CONDITIONS OF RELEASE |
| Defendant. | |

**THIS MATTER** having been opened to the Court by Stephen Turano, attorney for the Defendant Aris Ventura in the above-captioned matter, upon an application for an Order modifying the Order Setting Conditions of Pretrial Release to permit Mr. Ventura to travel to Virginia from July 5, 2012 to July 6, 2012, to visit his mother; and it appearing to the Court that Pretrial Services consents ~~takes no position~~ and Ronnell Wilson, Assistant United States Attorney, having no opposition to the application of the Defendant;

**NOW THEREFORE,** it is on this 29th day of June, 2012

**ORDERED,** that the Order Setting Conditions of Release be and the same hereby is modified to permit Aris Ventura to travel to Virginia on July 5 and 6, 2012; and

**IT IS FURTHER ORDERED,** that all ~~other~~ Conditions of Release remain the same.

_____
Hon. Willaim H. Walls, U.S.D.J.