Law Offices of Stephen Turano
60 Park Place
Suite 703
Newark, NJ 07102
(973) 236-0010
Attorney for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MAG NO.: 11-8018

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Action |
| v. | : | Hon. William H. Walls, U.S.D.J. |
| ARIS VENTURA | : | ORDER MODIFYING ORDER SETTING CONDITIONS OF RELEASE |
| Defendant. | : | |

**THIS MATTER** having been opened to the Court by Stephen Turano, attorney for the Defendant Aris Ventura in the above-captioned matter, upon an application for an Order modifying the Order Setting Conditions of Pretrial Release removing the condition of curfew with electronic monitoring; and it appearing to the Court that Pretrial Services and Ronnell Wilson, Assistant United States Attorney, having consented to the application of the Defendant;

**NOW THEREFORE**, it is on this 29th day of June, 2012

**ORDERED**, that the Order Setting Conditions of Release be and the same hereby is modified to remove the condition of curfew with electronic monitoring ONLY from the dates of July 5 - July 6 as ordered by Judge Walls

**IT IS FURTHER ORDERED**, that all other conditions of Release remain the same.

_____
Hon. Willaim H. Walls, U.S.D.J.